IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD E. JACOBS,
 Petitioner,

vs.            Case No. 3:09cv575/MCR/EMT

SECRETARY, DEPARTMENT OF CORRECTIONS,
 Respondent.
_____/

## **O R D E R**

  This cause is before the court upon Petitioner's filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The court notes that Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments.

  Additionally, Petitioner failed to use the court-approved form for filing his habeas petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under 28 U.S.C. § 2254 unless the appropriate petition form is properly completed and filed. Thus, Petitioner must file an amended petition on the form approved for use in section 2254 cases filed in the Northern District.

  To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Amended Petition." Petitioner is advised that the amended petition must contain all of his grounds for relief, and it should not in any way refer to the original petition. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. N.D. Fla. Loc. R. 15.1. Petitioner is advised that he must obtain leave of court and show good cause if the proposed amended petition exceeds the number of pages permitted under N. D. Fla. Loc. R. 5.1(J)(3), that is, twenty-five (25) pages. In this regard, the court notes upon

cursory review of the petition that good cause for permitting an over-long petition is not present. Accordingly, it appears unlikely that the court would grant Petitioner leave to file an amended petition that exceeds twenty-five (25) pages. Finally, Petitioner shall provide two (2) complete copies of the petition for service upon Respondent and the Attorney General.

Accordingly, it is **ORDERED**:

1. The clerk is directed to send to Petitioner a petition form for use in section 2254 cases and an application to proceed in forma pauperis. This case number shall be written on the forms.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall either pay the filing fee of $5.00 or submit a fully completed application to proceed in forma pauperis. Additionally within that time, Petitioner shall file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition." Petitioner shall submit two (2) service copies of the amended petition.

3. Petitioner's failure to comply with this order may result in a recommendation of dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 11th day of January 2010.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**