IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD E. JACOBS,
    Petitioner,

vs.                                        Case No: 3:09cv575/MCR/EMT

SECRETARY, DEP'T OF CORRECTIONS,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's "First Motion for Extension of Time to Respond to Petition for Habeas Corpus, and Motion for Order" (Doc. 19). Respondent seeks a sixty-day extension of time to file a response to Petitioner's amended habeas petition (*id.*). Additionally, Respondent requests issuance of an order requiring Petitioner to verify his new address (Respondent states that according to records of the Department of Corrections (DOC) Petitioner was released from incarceration on May 15, 2010, and is now residing at 1603 E. Mark Street, Orlando, Florida 32803) and declare whether he is still interested in pursuing this case (*id.*, see attachment).

The court notes that Petitioner failed to notify the court of his new address. Therefore, requiring Petitioner to verify his new address and declare whether he is still interested in pursuing this habeas case is appropriate. Additionally, Respondent has shown good cause for an extension of time to respond to the amended petition; therefore, the motion for extension of time will be granted.

Accordingly, it is **ORDERED**:

1.    Respondent's First Motion for Extension of Time to Respond to Petition for Habeas Corpus, and Motion for Order (Doc. 19) is **GRANTED**.

2.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner

shall verify his address of record and notify the court of his continued interest in this case.

3. Petitioner's failure to respond to this order will result in a recommendation of dismissal of this action.

4. The clerk shall modify the docket to reflect that Petitioner's address of record is 1603 E. Mark Street, Orlando, Florida 32803.

5. The deadline for Respondent's filing an answer to the amended habeas petition is extended to **JULY 26, 2010.**

**DONE AND ORDERED** this 25th day of May 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**